## HAWKINS V. THE STATE.

(Decided Dec. 6, 1909. Rehearing denied June 30, 1910.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. D. A. GREENE.

JOHN F. KNIGHT, and GASTON & PETTUS, for appellant. ALEXANDER M. GARBER, Attorney General, and TILLMAN, BRADLEY & MORROW, for appellee.

ANDERSON, J.—Affirmed on the authority Whaley v. The State, 168 Ala. 162; 52 South. 941.

DOWDELL, C. J., SIMPSON and McCLELLAN, JJ., concur. MAYFIELD, SAYRE and EVANS, JJ., dissent.

---

## HEADLEY V. THE STATE.

(Decided May 10, 1910.)

APPEAL from Chilton Circuit Court.

Heard before Hon. W. W. PEARSON.

J. O. MIDDLETON, for appellant. ALEXANDER M. GARBER, Attorney General, for the State.

SAYRE, J.—Reversed and remanded on the authority of Pope v. The State, 165 Ala. 68; 51 South. 521.

DOWDELL, C. J., ANDERSON and EVANS, JJ., concur.

---

## HOME ICE CO. V. HOWELLS MINING CO.

(Decided May 19, 1910.)

APPEAL from Mobile Circuit Court.

Heard before Hon. SAMUEL B. BROWN.

No counsel marked for either party.

Per curiam. Affirmed on certificate.